# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI — ORIGINAL

Form #

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 1FMSK8DH7LGA48605 | FORD | 2020 | EXPLORER | UV | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 04/02/2024 | | 4 | USED | PC | 40851 ACTUAL |

**OWNER(S)**

PARSONS, TONYA
1628 CRAWFORD ST
VICKSBURG MS 39180-3312

**BENEFICIARY**

**BRANDS**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**

EXETER FINANCE
PO BOX 166008
IRVING TX 75016-6008

DATE  02/20/2024

**2ND LIENHOLDER**

DATE

**MAIL TO**

EXETER FINANCE
PO BOX 166008
IRVING  TX 75016-6008

---

LIEN SATISFACTION  THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN _____  BY _____
                  (LIENHOLDER)                              (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

2ND LIEN _____  BY _____
                  (LIENHOLDER)                              (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 2ND  DAY OF APRIL  20 24

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue  This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

**Exhibit B**

VOID IF ALTERED

***NOTICE  ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW***

Federal and State Law requires that you state the mileage in connection with the transfer of ownership  Failure to complete  or providing a false statement  may result in fines and/or imprisonment

### ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____   Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage  WARNING   ODOMETER DISCREPANCY

**SELLER**
Signature(s) _____   Printed Name(s) _____   Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____   Printed Name(s) _____

### FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____   Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage  WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____   Printed Firm Name _____   Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____   Printed Name(s) _____

### SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____   Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage  WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____   Printed Firm Name _____   Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____   Printed Name(s) _____

### THIRD RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address  with warranty to be free of all encumbrances except as shown at bottom of page

Name _____   Address _____

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked

_____
ODOMETER READING (No Tenths)

CAUTION  READ CAREFULLY BEFORE YOU CHECK A BLOCK

☐ 1  The mileage stated is in excess of its mechanical limits
☐ 2  The odometer reading is not the actual mileage  WARNING   ODOMETER DISCREPANCY

**DEALER OR AGENT**
Signature(s) _____   Printed Firm Name _____   Date of Sale _____

**BUYER**  I am aware of the above odometer certification made by seller
Signature(s) _____   Printed Name(s) _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE

Lien in favor of _____

whose address is _____

*Side margin:* SCRAPPED  DISMANTLED  OR DESTROYED VEHICLE   This is to be filled in by Vehicle Owner  Certificate of Title must be mailed or delivered to the Mississippi Department of Revenue  I/we hereby warrant that the Vehicle described on the reverse side of this Certificate was scrapped  dismantled  or destroyed on _____ 20 _____   Owner's Signature