United States Bankruptcy Court

Southern District of Mississippi

In re:

Tonya Demetria Parsons

    Debtor

Case No. 25-00357-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tonya Demetria Parsons, 1628 Crawford St, Vicksburg, MS 39180-3312 |
| 5472973 | + | A1 Payday Loan, 2480 S Frontage Rd, Vicksburg, MS 39180-5251 |
| 5472980 | + | EZ Pay, 1800 S Frontage Rd, Vicksburg, MS 39180-5254 |
| 5472982 | | Franciscans Missionari, P.O. Box 677963, Dallas, TX 75267-7963 |
| 5472984 | + | Jackson Pulmonary Asso, 971 Lakeland Dr, Suite 1052, Jackson, MS 39216-4609 |
| 5472987 | + | Merit Health River Reg, 2100 Hwy 61 N, Vicksburg, MS 39183-8211 |
| 5472989 | + | My Payday Loan, 2599 S San Jacinto Ave, San Jacinto, CA 92583-5318 |
| 5472993 | + | Quick Cash, 3412 Pemberton Square, Vicksburg, MS 39180-5541 |
| 5475628 | | Quick Cash Financial Services, 3412-Pemberton Blvd., Vicksburg, MS 39180 |
| 5472994 | + | Seshadri Raju, M.D., 1020 River Oaks Dr, Flowood, MS 39232-9500 |
| 5472997 | + | Vcksbrg Rrcu, P.o. Box 802, Vicksburg, MS 39181-0802 |
| 5477446 | + | Vicksburg Railroad Federal Credit Union, 2101 Cherry St., Vicksburg, MS 39180-3805 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 19:29:52 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5498177 | + | Email/PDF: ebn_ais@aisinfo.com | May 14 2025 19:29:56 | AT & T Mobility aka AT&T, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5472974 | + | Email/Text: bnc@teampurpose.com | May 14 2025 19:25:00 | Advance America, 2314 Iowa Blvd, Ste 200, Vicksburg, MS 39180-5999 |
| 5496133 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 19:29:52 | Attn: Exeter Finance LLC Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5472975 | + | Email/Text: customerservice@brightlending.com | May 14 2025 19:25:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5472976 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 14 2025 19:25:57 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5472977 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 14 2025 19:25:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5474543 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | May 14 2025 19:25:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5472978 | + | Email/Text: bkinfo@ccfi.com | May 14 2025 19:25:00 | Community Choice, 2121 Clay St, Vicksburg, MS 39183-3103 |
| 5472979 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | May 14 2025 19:29:56 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 5477861 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 14 2025 19:29:55 | Exeter Finance LLC c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |

District/off: 0538-3                    User: mssbad                          Page 2 of 3

Date Rcvd: May 14, 2025                 Form ID: n031                         Total Noticed: 42

| 5472981 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
|---|---|---|---|---|
| | | | May 14 2025 19:29:57 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5472983 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | May 14 2025 19:26:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5495663 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 14 2025 19:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5472985 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 14 2025 19:25:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5498975 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 14 2025 19:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5472988 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | May 14 2025 19:25:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5490063 | + | Email/Text: bankruptcy@ncaks.com | | |
| | | | May 14 2025 19:25:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5494179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 14 2025 19:29:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5472990 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 14 2025 19:29:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5472991 | + | Email/Text: pasi_bankruptcy@chs.net | | |
| | | | May 14 2025 19:25:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5472992 | + | Email/Text: bankruptcy@purchasingpower.com | | |
| | | | May 14 2025 19:25:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5488238 | + | Email/Text: bankruptcy@purchasingpower.com | | |
| | | | May 14 2025 19:25:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 5472986 | | Email/Text: bankruptcy@qcholdings.com | | |
| | | | May 14 2025 19:25:00 | Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5480301 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 14 2025 19:25:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5485085 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 14 2025 19:25:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5503234 | + | Email/Text: BankruptcyNotices@ccfi.com | | |
| | | | May 14 2025 19:25:00 | TMX Finance of Mississippi, Inc., 15 Bull Street Suite 200, Savannah GA 31401-2686 |
| 5472996 | | Email/Text: bankruptcy@towerloan.com | | |
| | | | May 14 2025 19:25:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5472995 | + | Email/Text: BankruptcyNotices@ccfi.com | | |
| | | | May 14 2025 19:25:00 | Title Max, 2200 Clay St, Vicksburg, MS 39183-3121 |
| 5501374 | + | Email/Text: bankruptcy@towerloan.com | | |
| | | | May 14 2025 19:25:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 14, 2025 | Form ID: n031 | Total Noticed: 42 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

**Name**                          **Email Address**

Christopher D Meyer

on behalf of Creditor Exeter Finance LLC cmeyer@burr.com
sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

Thomas Carl Rollins, Jr

on behalf of Debtor Tonya Demetria Parsons trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031–ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 25–00357–JAW
**Chapter:** 13

**In re:**

Tonya Demetria Parsons
aka Tonya Parsons, fka Tonya Dotson
1628 Crawford St
Vicksburg, MS 39180

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 14, 2025 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601–608–4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Dated: May 14, 2025

Danny L. Miller, Clerk of Court