Certificate Number: 17572-MSS-DE-039418414

Bankruptcy Case Number: 25-00357



17572-MSS-DE-039418414

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2025, at 7:06 o'clock PM PST, Tonya Parsons completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: March 7, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor