# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

In Re: __Tonya Parsons__                    :    Case No. __25-00357__

__TMX Finance of Mississippi, Inc__         :    Chapter 13

Debtor(s)                                   :    Judge _____

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

_____ hereby gives notice that its address, as it relates to

Proof(s) of Claim Number(s) __17__, is changed as follows:

Prior Address: P.O. Box 780408 Wichita, KS 67278

**NOTICE ADDRESS:**
Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006

**PAYMENT ADDRESS:**
PO Box 931789
Atlanta GA 31193-1789

Prepared by:

/s/ Juanita Bonaparte
Name

Juanita Bonaparte
Title

Bankruptcy Recovery Specialist
Address

Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S.

/s/ Juanita Bonaparte

TMX Finance of Tennessee, Inc.
Attn: Bankruptcy Department
2312 E TRINITY MILLS RD STE 100
CARROLLTON TX 75006